**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PETER ESPINOZA,                              ) NO. EDCV 09-00231-PA (MAN)
                                             )
            Petitioner,                      )
                                             )
      v.                                     ) JUDGMENT
                                             )
LARRY SMALL, WARDEN,                         )
                                             )
            Respondent.                      )
_____)

   Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 29, 2012.

                                   _____
                                         PERCY ANDERSON
                                   UNITED STATES DISTRICT JUDGE